IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD RITTENBAUGH,** : | | **CIVIL ACTION** |
| Plaintiff, : | | |
| v. : | | |
| : | | |
| : | | No. 12-3732 |
| : | | |
| **MICHAEL J. ASTRUE,** : | | |
| **Commissioner of Social Security,** : | | |
| Defendants. : | | |

**O R D E R**

**AND NOW**, this 29th day of October 2013, the Clerk of Court is directed to return this case to the active docket.

Upon careful and independent consideration of the plaintiff's request for review and motion for summary judgment (Doc. No. 9), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 17),[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment shall be entered in this matter in favor of the defendant.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] No objections to this Report and Recommendation were filed.